UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:15-CR- 90 |
| ) | Judge |
| RICHARD ALAN DAVIS, ) | **TO BE FILED UNDER SEAL** |
| SAMUEL WYATT HUDSON, and ) | |
| WENDELL EDWARD HUSKINS ) | |

MOTION TO SEAL

Comes now, the United States of America, by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, the United States requests that this case be placed under seal and remain sealed until all defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court orders otherwise. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or United States Marshals for purposes of arrest or apprehension of the named defendant.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: /s/ Christian Lampe

C. CHRISTIAN LAMPE
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743
423/639-6759

Case 2:15-cr-00090-JRG-MCLC Document 1 Filed 08/11/15 Page 1 of 1 PageID #: 1