# CRIMINAL CASE COVER SHEET          U.S. ATTORNEY'S OFFICE

Defendant Name: Richard Alan Davis, Samuel Wyatt Hudson, and Wendell Edward Huskins

Place of Offense (City & County): Greeneville/Greene County

Juvenile: Yes ____  No _x_    Matter to be Sealed: Yes _x_  No ____

Interpreter: No _x_  Yes ____   Language: ____

Total # of Counts: ____ Petty ____  Misdemeanor (Class ____)  __6__ Felony

|  | **SUPERSEDING INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | Conspiracy to distribute methamphetamine (21 USC 846) | No – amended |  | 1 |
|  | Distribute a quantity of methamphetamine (21 USC § 841(a)(1))   2, 4, 5 | N |  | 2, 4, 5 |
|  | Used a telephone to facilitate a drug crime (21 USC 843(b)) | N |  | 3 |
|  | Possess with the intent to distribute methamphetamine (21 USC § 841(a)(1)) | N |  | 6 |

Current Trial Date (if set): ____    before Judge ____

Criminal Complaint Filed: No _x_   Yes ____  Case No. ____

Defendant on Supervised Release: Yes ____  No _x_

Violation Warrant Issued? No ____  Yes ____  Case No. ____

Related Case(s):
2:13-CR-43 **POTENTIAL CONFLICTS** as to this case: Ben Sharp, Nikki Pierce, Tim Moore, Joseph McAfee, David Leonard, Beth Ford & Cliff Corker (Same investigation but connections are likely remote).
2:14-cr-130 Ilya Berenshteyn, Jonathan Cave, Timothy Hudson, Jerry Laughlin, William Ricker, Donald Spurrell (Same investigation. Conflicts Likely).
2:15-cr-10 Curt Collins (U.S. v. Ayers)
2:15-cr-24 Terry Mulkey et. al: Jim Williams, Nikki Pierce, Jonathan Holcomb, Robert Vogel, and Rosana Brown
2:15-cr-22 Tito Charles: Michael Collins

# Criminal Informations:

Pending criminal case:  No _X_  Yes ____  Case No. ____

New Separate Case ____    Supersedes Pending Case ____

Name of defendant's attorney: ____

Retained: ____   Appointed: ____

Date: ____    Signature of AUSA: _s/ J. Christian Lampe_
                                  J. CHRISTIAN LAMPE