# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:15−mj−00922−RGV−1

Case title: USA v. Davis  
Other court case number: 2:15−cr−90 − USDC, Eastern District of Tennessee (Greeneville)  
Date Filed: 11/02/2015  
Date Terminated: 11/04/2015

Assigned to: Magistrate Judge Russell G. Vineyard

**Defendant (1)**

**Richard Alan Davis**  
*TERMINATED: 11/04/2015*

represented by **Suzanne Hashimi**  
Federal Defender Program Inc.−Atl  
Suite 1500, Centennial Tower  
101 Marietta Street, NW  
Atlanta, GA 30303  
404−688−7530  
Fax: 404−688−0768  
Email: Suzanne_Hashimi@FD.Org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:846 and 841(a)(1) and (b)(1)(A) − CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (METHAMPHETAMINE) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Mary Christine Roemer**<br>Office of United States Attorney<br>Northern District of Georgia<br>75 Spring Street, S.W.<br>600 United States Courthouse<br>Atlanta, GA 30303<br>404−581−6000<br>Email: mary.roemer@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/02/2015 | | 4 | Arrest (Rule 40) of Richard Alan Davis (ryc) (Entered: 11/04/2015) |
| 11/02/2015 | 1 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Richard Alan Davis. Signed by Magistrate Judge Russell G. Vineyard on 11/2/15. (ryc) (Entered: 11/04/2015) |
| 11/02/2015 | 2 | 6 | MOTION for Detention by USA as to Richard Alan Davis. (ryc) (Entered: 11/04/2015) |
| 11/02/2015 | 3 | 9 | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: Initial Appearance in Rule 5(c)(3) Proceedings as to Richard Alan Davis (1) held on 11/2/2015. Order appointing Federal Defender as counsel for defendant. Defendant WAIVES identity hearing. Government's motion for detention filed. Detention hearing set for 11/4/2015 at 01:30 PM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (Tape #FTR) (ryc) (Entered: 11/04/2015) |
| 11/02/2015 | 4 | 10 | WAIVER of Rule 5 &5.1 Hearings by Richard Alan Davis (ryc) (Entered: 11/04/2015) |
| 11/02/2015 | 5 | 11 | Order of Temporary Detention pursuant to Bail Reform Act by Magistrate Judge Russell G. Vineyard as to Richard Alan Davis. Detention Hearing set for 11/4/2015 at 01:30 PM in ATLA Courtroom 2022 before Magistrate Judge Russell G. Vineyard. (ryc) (Entered: 11/04/2015) |
| 11/04/2015 | 6 | 12 | Minute Entry for proceedings held before Magistrate Judge Russell G. Vineyard: Detention hearing held as to Richard Alan Davis. GRANTING 2 Government's Motion for Detention. Pretrial detention ordered. (Tape #FTR GOLD) (ryc) (Entered: 11/09/2015) |
| 11/04/2015 | 7 | 13 | ORDER OF DETENTION Pending Trial as to Richard Alan Davis. Signed by Magistrate Judge Russell G. Vineyard on 11/4/15. (ryc) (Entered: 11/09/2015) |
| 11/04/2015 | 8 | 14 | COMMITMENT TO ANOTHER DISTRICT as to Richard Alan Davis. Defendant committed to the Eastern District of Tennessee (Greeneville). Signed by Magistrate Judge Russell G. Vineyard on 11/4/15. (ryc) (Entered: 11/09/2015) |

| 11/04/2015 | | 15 | Magistrate Case Closed. Defendant Richard Alan Davis terminated. (ryc) (Entered: 11/09/2015) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Suzanne Hashimi (angie_felton@fd.org, ganat_ecf@fd.org,
suzanne_hashimi@fd.org), Mary Christine Roemer (gaylene.berberick@usdoj.gov,
mary.roemer@usdoj.gov, tonzja.cherry2@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Magistrate Judge Russell G. Vineyard (ganddb_efile_rgv@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7434254@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00922-RGV USA v. Davis Arrest - Rule 40
```
Content−Type: text/html

# U.S. District Court

# Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 11/4/2015 at 11:47 AM EST and filed on 11/2/2015

| | |
|---|---|
| **Case Name:** | USA v. Davis |
| **Case Number:** | 1:15−mj−00922−RGV |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest (Rule 40) of Richard Alan Davis (ryc)**

**1:15−mj−00922−RGV−1 Notice has been electronically mailed to:**

Mary Christine Roemer   mary.roemer@usdoj.gov, gaylene.berberick@usdoj.gov, Tonzja.Cherry2@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Suzanne Hashimi   Suzanne_Hashimi@FD.Org, angie_felton@fd.org, GANAT_ECF@FD.ORG

**1:15−mj−00922−RGV−1 Notice has been delivered by other means to:**

**FILED IN CHAMBERS**
U.S.D.C. - Atlanta

NOV 02 2015

James N. Hatten, Clerk
By: pam  Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

vs.

RICHARD ALAN DAVIS,

CASE NO. 1:15-MJ-922

## ORDER APPOINTING COUNSEL

SUZANNE HASHIMI

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 2ND day of November, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**

FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 0 2 2015

James N. Hatten, Clerk
By: PAM
Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

RICHARD ALAN DAVIS

Criminal Action No.
1:15-MJ- 922

## Government's Motion for Detention

The United States of America, by counsel, John A. Horn, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    A drug offense having a maximum term of imprisonment of 10 years or more;

    A serious risk that the defendant will flee.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

3. **Rebuttable Presumption**

    The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. §

3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

> A drug offense having a maximum term of imprisonment of 10+ year drug offense.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 2 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: November 2, 2015.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6265

JOHN A. HORN
United States Attorney

MARY C. ROEMER
Assistant United States Attorney
Ga. Bar No. 611790

2

## Certificate of Service

I served this document today by handing a copy to defense counsel:

      Defense Counsel

November 2, 2015

      /s/ MARY C. ROEMER
      MARY C. ROEMER
      Assistant United States Attorney

**MAGISTRATE'S CRIMINAL MINUTES – REMOVALS (Rule 5 & 5.1)**   FILED IN OPEN COURT

DATE: 11/2/2015 @ 2:40 p.m.

TAPE: FTR

TIME IN COURT: 7 mins

MAGISTRATE JUDGE: RUSSELL G. VINEYARD
COURTROOM DEPUTY CLERK: P. MONTGOMERY

CASE NUMBER: 1:15-MJ-922
DEFENDANT'S NAME: RICHARD ALAN DAVIS

AUSA: MARY ROEMER
DEFENDANT'S ATTY: SUZANNE HASHIMI

USPO / PTR: _____
( ) Retained  ( ) CJA  (X) FDP  ( ) Waived

___ ARREST DATE _____

X   Initial appearance hearing held.          ___ Defendant informed of rights.

___ Interpreter sworn: _____

### COUNSEL

X   ORDER appointing Federal Defender as counsel for defendant.

___ ORDER appointing _____ as counsel for defendant.

___ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

✓   Defendant WAIVES identity hearing.          ___ WAIVER FILED

___ Identity hearing HELD.   ___ Def is named def. in indictment/complaint; held for removal to other district.

___ Defendant WAIVES preliminary hearing in this district only.   ___ WAIVER FILED

___ Preliminary hearing HELD.   ___ Probable cause found; def. held to District Court for removal to other district

___ Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

X   Government motion for detention filed.     11-4-15 @ 1:30pm

X   Pretrial hearing set for _____ @ _____   ( ) In charging district.)

___ Bond/Pretrial detention hearing held.

___ Government motion for detention  ( ) GRANTED  ( ) DENIED

___ Pretrial detention ordered.   ___ Written order to follow.

___ BOND set at _____   ___ NON-SURETY   ___ SURETY

___ cash   ___ property   ___ corporate surety ONLY

___ SPECIAL CONDITIONS: _____

___ Bond filed. Defendant released.

___ Bond not executed. Defendant to remain in Marshal's custody.

___ Motion  ( ___ verbal) to reduce/revoke bond filed.

___ Motion to reduce/revoke bond   ___ GRANTED   ___ DENIED

___ See page 2

FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 0 2 2015

James N. Hatten, Clerk
By: _____ Deputy Clerk

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __GEORGIA__

UNITED STATES OF AMERICA

v.

__RICHARD ALAN DAVIS__

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: __1:15-MJ-922__

CHARGING DISTRICTS
CASE NUMBER: __2:15-CR-90__

I understand that charges are pending in the __EASTERN__ District of __TENNESSEE__ alleging violation of __21:846, 843__ (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(  ) preliminary hearing

(  ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

11/2/15
Date

_____
Defense Counsel

AO 470 (8/85) Order of Temporary Detention

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

FILED IN CHAMBERS
U.S.D.C. - Atlanta

NOV 02 2015

James N. Hatten, Clerk
By: ṗ Ầm Deputy Clerk

UNITED STATES OF AMERICA,

vs.

RICHARD ALAN DAVIS

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CASE NO. 1:15-MJ-922

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] NOVEMBER 4, 2015 at 1:30 PM before RUSSELL G. VINEYARD, United States Magistrate Judge, U.S. Courthouse, Richard B. Russell Building, 20th Floor, Courtroom 2022, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 2nd day of NOVEMBER, 2015..

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).
   A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.

| | | | |
|---|---|---|---|
| **MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)** | | **FILED IN OPEN COURT** | |
| | | DATE: 11/4/2015 @ 1:44 p.m. | |
| | | TAPE: FTR GOLD | |
| | | TIME IN COURT: 27 mins. | |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | RUSSELL G. VINEYARD | COURTROOM DEPUTY CLERK: | P. MONTGOMEERY |
| CASE NUMBER: | 1:15-MJ-922 | DEFENDANT'S NAME: | RICHARD ALAN DAVIS |
| AUSA: | MARY ROEMER | DEFENDANT'S ATTY: | SUZANNE HASHIMI |
| USPO / PTR: | | ( ) Retained  ( ) CJA  (X) FDP  ( ) Waived | |

_____ ARREST DATE _____

_____ Initial appearance hearing held.            _____ Defendant informed of rights.

_____ Interpreter sworn: _____

### COUNSEL

_____ ORDER appointing Federal Defender as counsel for defendant.

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

_____ Defendant WAIVES identity hearing.                     _____ WAIVER FILED

_____ Identity hearing HELD.    _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing in this district only.    _____ WAIVER FILED

_____ Preliminary hearing HELD.    _____ Probable cause found; def. held to District Court for removal to other district

_____ Commitment issued.

### BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed.    _____ @ _____

_____ Pretrial hearing set for _____ @ _____    ( ) In charging district.)

✓ Bond/Pretrial detention hearing held.

✓ Government motion for detention (✓) GRANTED    ( ) DENIED

✓ Pretrial detention ordered.    _____ Written order to follow.

_____ BOND set at _____    _____ NON-SURETY    _____ SURETY

        _____ cash            _____ property            _____ corporate surety ONLY

_____ SPECIAL CONDITIONS: _____

_____ Bond filed. Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion ( _____ verbal) to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond    _____ GRANTED    _____ DENIED

_____ See page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 04 2015

JAMES N. HATTEN, Clerk
By: pam
Deputy Clerk

UNITED STATES OF AMERICA

vs

RICHARD ALAN DAVIS

*Defendant*

ORDER OF DETENTION PENDING TRIAL

Case No.:   1:15-MJ-922

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f) a detention hearing has been held.

### Part I - Findings of Fact

A.  **Rebuttable Presumption Cases**

☑  (1)  This is a **rebuttable presumption case** because there is probable cause to believe that the defendant has committed an offense under 18 U.S.C.,§3142(e)(3), that is, an offense, for which a maximum term of imprisonment of ten years or more is prescribed in _21 USC 846_; or under §924(c); **and**

☑  (2)  Defendant has **not rebutted** the presumption that no condition or combination of conditions will reasonably assure the safety of another person or the community and/or no condition or combination of conditions will reasonably assure the appearance of the defendant as required

B.  **Non-Rebuttable Presumption Cases**

☐  (1)  This is **not a rebuttable presumption case**; however, the case is eligible for a detention hearing under 18 U.S.C. §3142(f)(1); and

(2)  There is a serious risk that

☐  (a)  The defendant will not appear, and/or
☐  (b)  The defendant will endanger the safety of another person or the community

### Part II - Written Statement of Reasons for Detention

I find that the information submitted at the hearing establishes:

☑ by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of the defendant as required; and/or ☑ by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community

My reasons are _Defendant is charged with drug trafficking conspiracy and he has prior convictions for drug distribution and VGCSA. If convicted he may face up to life imprisonment. He was arrested on Oct. 3, 2015 in a hotel room with over 1lb of methamphetamine and $14,000 in cash and firearms were also in the room. He does not have a stable residence and no resources for bond. There are several cooperating individuals who have identified him as a source of supply._

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: NOVEMBER 4, 2015

_Russell G. Vineyard_
RUSSELL G. VINEYARD, UNITED STATES MAGISTRATE JUDGE

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN     FILED IN OPEN COURT     GEORGIA
U.S.D.C. - Atlanta

| UNITED STATES OF AMERICA | | COMMITMENT TO ANOTHER |
|---|---|---|
| V. | NOV 04 2015 | DISTRICT |
| RICHARD ALAN DAVIS | JAMES N. HATTEN, Clerk By: PAM Deputy Clerk | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 2:15-CR-90 | 1:15-MJ-922 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. § 843, 846

**DISTRICT OF OFFENSE**
EASTERN DISTRICT OF TENNESSEE

**DESCRIPTION OF CHARGES:**

CONSPIRACY: METHAMPHETAMINE & USING A TELEPHONE TO FACILITATE OFFENSE.

**CURRENT BOND STATUS:**

☐ Bail fixed at          and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☐ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/4/15           _Russell G. Vineyard_
Date                                           Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Suzanne Hashimi (angie_felton@fd.org, ganat_ecf@fd.org,
suzanne_hashimi@fd.org), Mary Christine Roemer (gaylene.berberick@usdoj.gov,
mary.roemer@usdoj.gov, tonzja.cherry2@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Magistrate Judge Russell G. Vineyard (ganddb_efile_rgv@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:7442400@gand.uscourts.gov
Subject:Activity in Case 1:15-mj-00922-RGV USA v. Davis Termination of Magistrate Case
```
Content−Type: text/html

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 11/9/2015 at 1:01 PM EST and filed on 11/4/2015

| | |
|---|---|
| **Case Name:** | USA v. Davis |
| **Case Number:** | 1:15−mj−00922−RGV |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Magistrate Case Closed. Defendant Richard Alan Davis terminated. (ryc)**

**1:15−mj−00922−RGV−1 Notice has been electronically mailed to:**

Mary Christine Roemer   mary.roemer@usdoj.gov, gaylene.berberick@usdoj.gov, Tonzja.Cherry2@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Suzanne Hashimi   Suzanne_Hashimi@FD.Org, angie_felton@fd.org, GANAT_ECF@FD.ORG

**1:15−mj−00922−RGV−1 Notice has been delivered by other means to:**