```
                    IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

                 CRIMINAL MINUTES:  INITIAL APPEARANCE and ARRAIGNMENT
```

USA v   RICHARD ALAN DAVIS

Case No  2:15-CR-90    Date December 2, 2015   Time   9:25-9:35
         **Hon. CLIFTON L. CORKER, Magistrate Judge, Presiding**

   KIM OTTINGER          9:25:29-9:34:30          J. CHRISTIAN LAMPE
    Deputy Clerk      Tape No/Court Reporter    Asst. U. S. Attorney
=================================================================
         DEFENDANT                                ATTORNEY

RICHARD ALAN DAVIS                          CASEY SEARS (CJA)


**PROCEEDINGS:**        Arrest Date:    11/2/15 (GEORGIA)

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of indictment provided to defendant or counsel by clerk)

Financial affidavit executed with Counsel present and appointed

Plea of not guilty to all charges

Detention Hearing held on    **11/4/2015 in Georgia** (detained)

Defendant remanded to custody of U.S. Marshal

Orders to enter