```
                    IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE
```

*CRIMINAL MINUTES:  INITIAL APPEARANCE and ARRAIGNMENT*

USA v   SAMUEL WYATT HUDSON

Case No 2:15-CR-90    Date December 3, 2015   Time   1:12- 1:31
         **Hon. CLIFTON L. CORKER, Magistrate Judge, Presiding**

   KIM OTTINGER         1:12:04-1:30:37        J. CHRISTIAN LAMPE
    Deputy Clerk      Tape No/Court Reporter  Asst. U. S. Attorney
===================================================================
      DEFENDANT                              ATTORNEY

SAMUEL WYATT HUDSON                    MARSHA ARNURIUS (CJA)


**PROCEEDINGS:**        Arrest Date:     12/2/2015

Defendant sworn

Defendant found competent

Defendant advised of charges, penalties, and rights
(Copy of indictment provided to defendant or counsel by clerk)

Financial affidavit executed with  Counsel present and appointed

Plea of not guilty to all charges

Agreement of government counsel to conditions of release

Bond and Conditions pretrial release set

Defendant advised of penalties for violations of pretrial release

Defendant released on bond

Orders to enter